In the Matter of the Accounting of JOHN C. O'CONOR et al., as Executors of HENRY T. CAREY, Deceased, Appellants.

FREDERICK P. HUDSON, Respondent.

*Appeal — order of Appellate Division reversing decree on accounting and remitting matter to Surrogate's Court for further action not a final order.*

*Matter of Carey (O'Conor),* 200 App. Div. 344, appeal dismissed.

(Argued January 8, 1923; decided January 23, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 3, 1922, which reversed a decree of the Suffolk County Surrogate's Court judicially settling the accounts of the executors of Henry T. Carey, deceased, and remitted the proceeding to said Surrogate's Court for entry of a decree in accordance with the opinion of the Appellate Division.

*John C. O'Conor* for appellants.

*Harlan F. Stone* and *Frederick C. Bangs* for respondent.

Appeal dismissed, with costs, on the ground that the rate of interest to be allowed on the trust fund being left open for the action of the surrogate the order appealed from is not a final order. (*Matter of Reynolds,* 233 N. Y. 606.)

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of the Claim of ANNIE K. HARBY, Respondent, *v.* MARWELL BROTHERS, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — traveling salesman killed while on way from home to take car to visit customers — accident arising out of and in course of employment.*

*Harby* v. *Marwell Brothers, Inc.,* 203 App. Div. 525, affirmed.

(Argued January 8, 1923; decided January 23, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered